**Eladio Soto BOUZA, Petitioner—Appellee,**

v.

**UNITED STATES of America, Respondent—Appellant.**

No. 01–56925.

D.C. Nos. CV–01–01119–JNK, CR–90–00856–JNK.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before BROWNING, KOZINSKI and WARDLAW, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. See

Fed. R.App. P. 34(a)(2).

**374**

## ORDER**

The district court's order applying *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), retroactively to grant Appellee's petition under 28 U.S.C. § 2255 is REVERSED and REMANDED. *See United States v. Sanchez–Cervantes*, 282 F.3d 664, 665 (9th Cir. 2002) ("We hold that the new rule of criminal procedure announced in *Apprendi* does not apply retroactively on initial collateral review ...."), *cert. denied,* —— U.S. ——, 123 S.Ct. 48, —— L.Ed.2d —— (2002); *Rees v. Hill,* 286 F.3d 1103, 1104 (9th Cir.2002) (applying same rule to second or successive petition).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.